**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Keith J. Slaughter and Vanessa E. Slaughter | No. 08-15876 |
| Debtor | Hon. Eugene R. Wedoff |

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on February 28, 2014, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

　　　　　　　　　　　　　　　　　　　　　_____/s/ Meredith S. Fox_____

**Certificate of Service**

The undersigned certifies that she served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Michelle K. Hinds and Marilyn O. Marshall on February 28, 2014.

　　　　　　　　　　　　　　　　　　　　　_____/s/ Meredith S. Fox_____

Meredith S. Fox - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-236-0077

**This is an attempt to collect a debt. Any information obtained will be used for that purpose.**

**SERVICE LIST**

Keith J. Slaughter and Vanessa E. Slaughter
14301 S Emerald Ave
Riverdale, IL 60827

Marilyn O. Marshall
224 South Michigan Ste 800
Chicago, IL 60604

Michelle K. Hinds
Macey Bankruptcy Law, PC
233 S. Wacker Dr., Suite 5150
Chicago, IL 60606
NDILNotices@maceybankruptcylaw.com